-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DAVID LORET, 04B0947,

             Plaintiff,

    -v-                                  DECISION AND ORDER
                                        07-CV-6392P

Director DONALD SELSKY,
Inspector General G. KENDRA,
Superintendent JAMES CONWAY,
Hearing Officer LT. DIXON, SGT. CAROLL
and Correctional Officer VALENTINO,

             Defendants.
_____

       Plaintiff, who is incarcerated in the Great Meadow Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

       The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

       Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

       IT IS SO ORDERED.

                                                                 DAVID G. LARIMER
                                                                 United States District Judge

DATED: August 21, 2007
             Rochester, New York